IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-2989-AP

PATRICIA HEADLEY

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Ann J. Atkinson, Esq. | John F. Walsh |
| 7960 South Ireland Way | United States Attorney |
| Aurora, CO 80016 | |
| Telephone: (303) 680-1881 | J. Benedict García |
| Facsimile: (303) 680-7891 | Assistant United States Attorney |
| Email: AtkinsonAJ@aol.com | United States Attorney's Office |
| | Email: J.B.Garcia@usdoj.gov |
| | |
| | James Burgess |
| | Special Assistant United States Attorney |
| | Social Security Administration, Region VIII |
| | Office of the General Counsel |
| | 1961 Stout St., Suite 4169 |
| | Denver, CO 80294-4003 |
| | Telephone: (303) 844-1856 |
| | Facsimile: (303) 844-0770 |
| | Email: james.burgess@ssa.gov |

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:**  October 31, 2013

    B.    **Date Complaint Was Served on U.S. Attorney's Office:**  November 12, 2013

    C.    **Date Answer and Administrative Record Were Filed:**  February 7, 2014

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

7. **OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.  This case is not on appeal from a decision issued on remand from this Court.

8. **BRIEFING SCHEDULE**

Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

    A.    **Plaintiff's Opening Brief Due:**  March 31, 2014

    B.    **Defendant's Response Brief Due:**  April 30, 2014

    C.    **Plaintiff's Reply Brief (If Any) Due:**  May 15, 2014

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

   A.    **Plaintiff's Statement:**  Plaintiff does not request oral argument.

   B.    **Defendant's Statement:**  Defendant does not request oral argument.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.    ( )    **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   B.    ( X )   **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 27<u>th</u> day of <u>February</u>, 2014.

                                        BY THE COURT:

                                        *s/John L. Kane*
                                        U.S. DISTRICT COURT JUDGE

APPROVED:

*s/Ann J. Atkinson*  

Ann J. Atkinson, Esq.
7960 South Ireland Way
Aurora, CO 80016
(303) 680-1881
(303) 680-7891 (fax)
AtkinsonAJ@aol.com
Attorney for Plaintiff

JOHN F. WALSH
United States Attorney

J. BENEDICT GARCÍA
Assistant United States Attorney
United States Attorney's Office
District of Colorado


*s/ James Burgess*
James Burgess
Special Assistant United States Attorney
Social Security Administration, Region VIII
Office of the General Counsel
1961 Stout St.,  Suite 4169
Denver, CO 80294-4003
Telephone:  (303) 844-1856
Facsimile:  (303) 844-0770 (fax)
Email:   james.burgess@ssa.gov

Attorneys for Defendant