## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-02989-WYD

PATRICIA L. HEADLEY,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Senior Judge Wiley Y. Daniel entered on March 31, 2015 it is hereby

ORDERED that the decision of Commissioner of Social Security is reversed and remanded .  It is further

ORDERED that Plaintiff shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 31st day of March, 2015.

                                                FOR THE COURT:
                                                JEFFREY P. COLWELL, CLERK

By:  s/  *Robert R. Keech*
                                                Robert R. Keech
                                                Deputy Clerk